RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL (MO Bar No. 43895)
Assistant Chief
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel: 202-305-0388
Fax: 202-305-0275
lisa.russell@usdoj.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>　　　　Defendants. | Case No: C-07-4347-JCS<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

　　　　The Court and counsel will please take notice that LISA LYNNE RUSSELL of the United States Department of Justice, hereby enters her appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Ms. Russell are as follows:

<u>MAILING ADDRESS</u>
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C.  20004

<u>TELEPHONE AND FAX NUMBERS</u>
Telephone: (202) 305-0388
Facsimile:  (202) 305-0275

<u>ELECTRONIC CORRESPONDENCE</u>:
lisa.russell@usdoj.gov

        Respectfully submitted this 28th of August 2007,

        RONALD J. TENPAS, Acting Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief

        **s/      Lisa Lynne Russell**
        LISA LYNNE RUSSELL, Assistant Chief
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P.O. Box. 7369
        Washington, D.C.  20044-7369
        (202) 305-0388
        lisa.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2007, I caused a copy of the foregoing Notice of Appearance to be served on the following counsel by means of the Court's electronic filing system:

Lisa T. Belenky
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
lbelenky@biologicaldiversity.org

Deborah A. Sivas
Stanford Environmental Law Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610
dsivas@standord.edu

                                        **s/ Lisa Lynne Russell**
                                        Lisa Lynne Russell
                                        lisa.russell@usdoj.gov