RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL (MO Bar No. 43895)
Assistant Chief
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0388
Fax: 202-305-0275
lisa.russell@usdoj.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>Defendants. | Case No: C-07-4347-JCS<br><br>**FEDERAL DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2

3         Dated: August 28, 2007

4                                         RONALD J. TENPAS, Acting Assistant Attorney General
                                          JEAN E. WILLIAMS, Section Chief
5
                                          **s/       Lisa Lynne Russell**
6                                         LISA LYNNE RUSSELL, Assistant Chief
                                          U.S. Department of Justice
7                                         Environment & Natural Resources Division
                                          Wildlife and Marine Resources Section
8                                         P.O. Box. 7369
                                          Washington, D.C.  20044-7369
9                                         (202) 305-0388
                                          lisa.russell@usdoj.gov
10
                                          Attorneys for Defendants United States Fish and Wildlife
11                                        Service and Dirk Kempthorne, Secretary of the Interior

12

13

14

15

16

17

18

19

20

21

22

23

Federal Defendants'
Notice of Consent to Magistrate              2                     Case No. C-07-4347-JCS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2007, I caused a copy of the foregoing Notice of CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE to be served on the following counsel by means of the Court's electronic filing system:

Lisa T. Belenky
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
lbelenky@biologicaldiversity.org

Deborah A. Sivas
Stanford Environmental Law Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610
dsivas@standord.edu

**s/ Lisa Lynne Russell**
Lisa Lynne Russell
lisa.russell@usdoj.gov