RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY DOYLE TURNER JR. (CO Bar No. 38353)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel: 202-305-0388
Fax: 202-305-0275
rickey.turner@usdoj.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>    Plaintiffs,<br><br>       v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>    Defendants. | Case No: C-07-4347-JCS<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

MAILING ADDRESS
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C.  20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0229
Facsimile:  (202) 305-0275

ELECTRONIC CORRESPONDENCE:
rickey.turner@usdoj.gov

Respectfully submitted this 10th of September 2007,

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

**s/      Rickey Doyle Turner Jr.**
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 305-0229
rickey.turner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2007, I caused a copy of the foregoing Notice of Appearance to be served on the following counsel by means of the Court's electronic filing system:

Lisa T. Belenky
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
lbelenky@biologicaldiversity.org


Deborah A. Sivas
Stanford Environmental Law Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610
dsivas@standord.edu

                                                **s/ Rickey Doyle Turner Jr.**
                                                Rickey Doyle Turner Jr.
                                                rickey.turner@usdoj.gov