Lisa T. Belenky  (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, California 94103-1628
Telephone: (415) 436-9682 ext. 307
Facsimile: (415) 436-9683

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
Environmental Law Clinic
MILLS LEGAL CLINIC
  OF STANFORD LAW SCHOOL
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426

Attorneys for Plaintiffs Center for Biological Diversity
Sagebrush Sea Campaign, Western Watersheds Project,
and Desert Survivors

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>    Defendants. | Case No. C07-4347-JCS<br><br>**NOTICE OF APPEARANCE BY LEAH J. RUSSIN ON BEHALF OF PLAINTIFFS** |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

Please take notice that LEAH J. RUSSIN of the Mills Legal Clinic at Stanford Law School, Environmental Law Clinic, hereby enters her appearance as counsel for the Plaintiffs herein.

RUSSIN NOTICE OF APPEARANCE – Case No. C07-4347-JCS

1   Ms. Russin's address, telephone and facsimile numbers appear above. Ms. Russin's
2 address for electronic correspondence is leahrussin@law.stanford.edu.

3 Dated: September 21, 2007  Respectfully submitted,

4                 MILLS LEGAL CLINIC
                 OF STANFORD LAW SCHOOL
5                 Environmental Law Clinic

7             by /s/ *Leah J. Russin*
                   Attorneys for Plaintiffs

RUSSIN NOTICE OF APPEARANCE – Case No. C07-4347-JCS