Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
Leah J. Russin (CA Bar No. 225336)
ENVIRONMENTAL LAW CLINIC
MILLS LEGAL CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California  94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity, Sagebrush Sea Campaign, Western Watersheds Project, and Desert Survivors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE, and SERVICE, DIRK KEMPTHORNE, Secretary of the Interior,<br><br>　　　　　Defendants. | Case No. Case No. C07-4347-JCS<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS |

Proof of Service Summons and Complaint et al.
Case No. C07-4347-JCS

A copy of the Summons addressed to each Defendant, attached hereto as Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on August 27, 2007, to the following:

Dirk Kempthorne, Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street N.W., Room 3012
Washington, D.C. 20240-0001

U. S. Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

The documents were received on September 4, 2007, August 31, 2007, August 31, 2007, and August 28, 2007, respectively. A declaration of proof of service for each of the Summonses for each Defendant was executed on the Return of Service section of each Summons (see Exhibit A). Along with the Summons and Complaint in this matter, copies of the following documents were served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed August 23, 2007;
2. Plaintiffs' Certification of Interested Entities or Persons filed August 23, 2007;
3. ECF Registration Information Handout;
4. Welcome to the U.S. District Court handout
5. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;
6. Consent to Proceed Before a U.S. Magistrate Judge;
7. Declination to Proceed Before a U.S. Magistrate Judge

Proof of Service Summons and Complaint et al.
Case No. C07-4347-JCS

2

8. Order Setting Initial Case Management Conference and ADR Deadlines (w/ attached Standing Order);

9. Notice of Rule Discontinuing Service By Mail;

10. Standing Order for All Judges of the Northern District of California;

11. Public Notice: Magistrate Judge.

Respectfully Submitted,

DATED: September_28, 2007      /s/ Lisa T. Belenky_____
　　　　　　　　　　　　　　　　Lisa T. Belenky (CA Bar No. 203225)
　　　　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　　　　1095 Market St., Suite 511
　　　　　　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　　　　　　Telephone: (415) 436-9682 x 307
　　　　　　　　　　　　　　　　Facsimile: (415) 436-9683
　　　　　　　　　　　　　　　　Email: lbelenky@biologicaldiversity.org

　　　　　　　　　　　　　　　　Deborah A. Sivas (CA Bar No. 135446)
　　　　　　　　　　　　　　　　Leah J. Russin (CA Bar No. 225336)
　　　　　　　　　　　　　　　　ENVIRONMENTAL LAW CLINIC
　　　　　　　　　　　　　　　　MILLS LEGAL CLINIC
　　　　　　　　　　　　　　　　Stanford Law School
　　　　　　　　　　　　　　　　Crown Quadrangle
　　　　　　　　　　　　　　　　559 Nathan Abbott Way
　　　　　　　　　　　　　　　　Stanford, California 94305-8610
　　　　　　　　　　　　　　　　Telephone: (650) 723-0325
　　　　　　　　　　　　　　　　Facsimile: (650) 723-4426
　　　　　　　　　　　　　　　　Email: dsivas@stanford.edu

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Center for Biological Diversity, Sagebrush Sea Campaign, Western Watersheds Project, and Desert Survivors

# Exhibit A

Case 3:07-cv-04347-JCS    Document 9    Filed 09/28/2007    Page 4 of 8

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

Center for Biological Diversity, Sagebrush Sea
Campaign, Western Watersheds Project, and
Desert Survivors

v.

U.S. Fish and Wildlife Service and Dirk
Kempthorne, Secretary of the Interior

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4347

JCS

TO: (Name and address of defendant)

Dirk Kempthorne, Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa T. Belenky, Staff Attorney
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_[signature]_

Helen L. Almacen
(BY) DEPUTY CLERK

DATE AUG 2 3 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: August 27, 2007

Name of SERVER: Lisa T. Belenky

TITLE: Staff attorney

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): via certified mail, return receipt: FRCP 4(i).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 27, 2007
Date

Signature of Server: Lisa T. Belenky

Address of Server: CBD, 1095 Market St. San Francisco, Suite 511, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, Sagebrush Sea
Campaign, Western Watersheds Project, and
Desert Survivors

V.

U.S. Fish and Wildlife Service and Dirk
Kempthorne, Secretary of the Interior

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4347 JCS

TO: (Name and address of defendant)

Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street N.W., Room 3012
Washington, D.C. 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa T. Belenky, Staff Attorney
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  AUG 2 3 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

DATE: August 27, 2007

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Lisa T. Belenky

TITLE: Staff attorney

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): via certified mail, return receipt: FRCP 4(i).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: August 27, 2007

Signature of Server: Lisa T. Belenky

Address of Server: CBD, 1095 Market St, suite 511, San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure