RONALD J. TENPAS
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel: 202-305-0229
Fax: 202-305-0275
rickey.turner@usdoj.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR, <br><br> Defendants. | Case No: C-07-4347-JCS <br><br> **JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT** |

Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United States Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned counsel, say as follows:

1  WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs'
2  Complaint in which to file and serve their answer;

3  WHEREAS, the Complaint was served on the United States Attorney on August
4  23, 2007, and therefore Federal Defendants' answer is currently due on October 26, 2007;

5  WHEREAS, there have been no previous extensions of time for Federal
6  Defendants to file and serve their answer;

7  WHEREAS, the primary agency counsel will be unavailable from October 15,
8  2007 to October 29, 2007;

9  WHEREAS, Federal Defendants, in light of recent court decisions, want an
10 opportunity to explore the possibility of other options with regards to the present finding
11 at issue and needs additional time to do so;

12 WHEREAS, Plaintiffs' counsel have consented to an extension of time of thirty
13 (30) days, until November 27, 2007; and,

14 THE PARTIES THEREFORE hereby notify the Court that the parties have
15 stipulated to a thirty (30) calendar day extension of time, running from October 26, 2007,
16 for the Federal Defendants' response is now due on November 27, 2007.

17 Respectfully submitted this 17th day of October 2007,

18 RONALD J. TENPAS, Acting Assistant Attorney General
   JEAN E. WILLIAMS, Section Chief
19
   **/s/     Rickey Doyle Turner Jr.**
20 RICKEY DOYLE TURNER JR.
   U.S. Department of Justice
21 Wildlife and Marine Resources Section
   P.O. Box. 7369
22 Washington, D.C.  20044-7369
   (202) 305-0229
23

1                      /s/ Lisa T. Belenky
                _____

2     LISA T. BELENKY
      Counsel for Plaintiffs
3     Center for Biological Diversity

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Joint Stipulation for Extension of Time       3       Case No. C-07-4347-JCS