# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>Defendants. | Case No: C-07-4347-JCS<br><br>[~~PROPOSED~~] ORDER |

For the reasons set forth in Federal Defendants' Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file their Answer to Plaintiffs' Complaint on November 27, 2007. Accordingly, the date previously scheduled for Case Management Statement will be moved to December 10, 2007 and the date for the Case Management Conference will be moved to December 14, 2007.

10/17/07
Date

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE