United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., | No. C 07-04347 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| U.S. FISH AND WILDLIFE SERVICE, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for December 14, 2007, at 1:30 p.m., has been reset to **THE SAME DAY AT 10:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: December 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy