

**U.S. Department of Justice**

Environment and Natural Resources Division

RDT
90-8-6-06367

*Wildlife and Marine Resources Section*   *Telephone (202) 305-0210*
*P.O. Box 7369*   *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC  20044-7369*

December 5, 2007

Honorable Joseph C. Spero
Burton United States Courthouse
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request to appear by telephone in <u>Center for Biological Diversity, et al. v. United States Fish and Wildlife Service, et al.</u>, Civ. No. 3:07-cv-4347

Dear Judge Spero:

      This Court has set a Case Management Conference on Friday, December 14, 2008 at 10:30 a.m. (1:30 p.m. EST).

      Counsel for Federal Defendants respectfully requests permission to appear at the case management conference by telephone.  Counsel for Federal Defendants is located in Washington, D.C. and would be required to spend two days in travel if he appears in person for the conference and would cost substantial time and expense. (If, however, the Court should deny this request, counsel for Federal Defendant will appear in person at the conference.)

      If the Court grants this request, counsel for Federal Defendants will make all necessary arrangements to appear by telephone. My direct line is 202-305-0229 and I will be available to take the Court's call at 10:30 a.m. (1:30 p.m. EST).  Thank you.

      Sincerely,

      /s/ Rickey D. Turner, Jr.

      Rickey D. Turner, Jr.
      Trial Attorney
      (202) 305-0229

Dated:  December 5, 2007

