# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-04347 JCS**

**CASE NAME:  CENTER FOR BIOLOGICAL DIVERSITY v. UNITED STATES FISH AND WILDLIFE**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: December 14, 2007      **TIME: 3 mins** | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Lisa Belenky | **COUNSEL FOR DEFENDANT:**<br>Ricky Turner (T)* |

**PROCEEDINGS:**                                                  **RULING:**

1. Initial Case Management Conference                           Held.

**ORDERED AFTER HEARING:**

Case referred to Court's ADR program for Mediation to occur in April 2008. Parties shall resubmit a stipulation regarding briefing schedule on the motions with the last brief to be due 30 days before the May 9, 2008 hearing date.

**ORDER TO BE PREPARED BY:**        () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   05/09/08 at 9:30 a.m., for Motions.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**      at 1:30 p.m. |
| **Trial Date:**      at 8:30 a.m.  ()Jury   ()Court    Set for   days | | |

cc:      **Chambers; Karen**, ADR

* (T) = Telephonic Appearance