UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE,<br><br>        Defendant(s).<br>_____/ | Case No. C-07-04347 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **December 14, 2007,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to the Court's ADR program for Mediation to occur in April 2008. The parties shall notify the Court if the case settles at the Mediation.

2. The parties shall meet-and-confer and resubmit a stipulation regarding the briefing schedule on the dispositive cross-motions with the last brief to be due thirty (30) days before the May 9, 2008 hearing date.

3. Oral argument on the motions is set for **May 9, 2008, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: December 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge