RONALD J. TENPAS
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel: 202-305-0229
Fax: 202-305-0275
rickey.turner@usdoj.gov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>    Defendants. | Case No: C-07-4347-JCS<br><br>**JOINT STIPULATION TO POSTPONE FILING OF THE ADMINISTRATIVE RECORD** |

1   Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United

2   States Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned

3   counsel, say as follows:

4   WHEREAS, Federal Defendants are to file the administrative record on January 24,

5   2008.

6   WHEREAS, the parties in this case have come to terms in principle to settle this case

7   where the Service shall undertake a voluntary remand of its petition finding regarding the Mono

8   Basin Sage Grouse dated December 19, 2006, and shall submit for publication in the Federal

9   Register a new 90-day finding on the Petition on an agreed upon date.  If that 90-day finding is

10  positive, the Service shall undertake a status review pursuant to ESA § 4(b)(3) and submit for

11  publication in the Federal Register a 12-month finding on the petition on an agreed upon date.

12  WHEREAS, the only remaining issue in this proposed settlement are the attorney's fees.

13  Defendant is waiting for authority to give a final settlement on the fees.

14  THE PARTIES THEREFORE, in light of the above proposed settlement, hereby notify

15  the Court that the parties have stipulated to a thirty (30) calendar day extension of time to file the

16  administrative record, running from January 24, 2008.  The Federal Defendants' administrative

17  record is now due on February 23, 2008.  This agreement would also alter the oral argument date

18  and briefing schedule as follows:

19      Oral argument on cross-motions for summary judgment would take place on Friday, June

20      20, 2008;

21      Plaintiffs' motion for summary judgement to be filed on or before Monday, March 24,

22      2008;

23

1   Defendants' opposition and cross motion for summary judgment to be filed on or before

2   Wednesday, April 23, 2008;

3   Plaintiffs' opposition and reply to be filed on or before Thursday, May 8, 2008;

4   Defendants' reply to be filed on or before Friday, May 23, 2008.

Respectfully submitted this 17th day of January, 2007,

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

**/s/     Rickey Doyle Turner Jr.**
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 305-0229


/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

Deborah A. Sivas (CA Bar No. 135446)
STANFORD ENVIRONMENTAL LAW CLINIC
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California  94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
Email: dsivas@stanford.edu

Attorneys for Plaintiffs Center for Biological Diversity,
Sagebrush Sea Campaign, Western Watersheds Project,
and Desert Survivors