# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>    Defendants. | Case No: C-07-4347-JCS<br><br>**[PROPOSED] ORDER** |

For the reasons set forth in Federal Defendants' Joint Stipulation to Postpone filing of the administrative record, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file their administrative record on February 23, 2008. Accordingly, the proposed briefing schedule will be followed with the oral argument date of Friday, June 20, 2008.

_____         _____
Date                                              JOSEPH C. SPERO
                                                            UNITED STATES MAGISTRATE JUDGE