1

2

3

4

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

5

6

7

8

9

10

11

12

_____

CENTER FOR BIOLOGICAL DIVERSITY,
SAGEBRUSH SEA CAMPAIGN,
WESTERN WATERSHEDS PROJECT, and
DESERT SURVIVORS,

    Plaintiffs,

       v.

UNITED STATES FISH AND WILDLIFE
SERVICE and DIRK KEMPTHORNE, in his
official capacity as SECRETARY OF THE
INTERIOR,

    Defendants.

_____

   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )

Case No: C-07-4347-JCS

**[PROPOSED] ORDER GRANTING
STIPULATED SETTLEMENT**

13

14

      The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as

an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

15

16

17

_____

Date

18

_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23