# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>Defendants. | Case No: C-07-4347-JCS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED SETTLEMENT** |

The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

February 25, 2008
Date

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE