JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0229
Fax: 202-305-0275
rickey.turner@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and KENNETH SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>Defendants. | Case No: C-07-4347-JCS<br><br>**JOINT STIPULATION TO MODIFY THE CONSENT DECREE AND EXTEND THE SCHEDULE FOR SUBMISSION OF THE MONO BASIN SAGE-GROUSE 12-MONTH FINDING** |

Plaintiffs, the Center for Biological Diversity, Sagebrush Sea Campaign, Western Watersheds Project, and Desert Survivors, and Defendants,[1] the U.S. Fish and Wildlife Service

---

[1] Under Fed. R. Civ. P. 25(d), the successors to Dirk Kempthorne and H. Dale Hall are automatically substituted as parties to the case. Accordingly, Kenneth Salazar, Secretary of the Interior, is substituted for Dirk Kempthorne and Rowan Gould, Acting Director of the U.S. Fish & Wildlife Service, is substituted for H. Dale Hall.

1  and Kenneth Salazar, Secretary of the Interior (collectively, the "Service"), by and through their

2  undersigned counsel, state as follows:

3      WHEREAS, on February 25, 2008, the Court entered a Consent Decree wherein the

4  Service agreed to undertake a voluntary remand of its December 19, 2006 petition finding (90-

5  day finding) on the Mono Basin sage-grouse. The Service agreed to reissue a Mono Basin 90-

6  day finding by April 25, 2008. The Service further agreed that if the new 90-day finding found

7  that the petition presented substantial scientific information that listing the Mono Basin sage-

8  grouse may be warranted, then the Service would be required to undertake a status review

9  pursuant to the Endangered Species Act § 4(b)(3) and submit for publication to the Federal

10 Register a 12-month finding on April 24, 2009.

11     WHEREAS, on April 29, 2008, the Service issued a new 90-day finding for the Mono

12 Basin sage-grouse and found that the petition presented substantial scientific information that

13 listing the Mono Basin sage-grouse may be warranted. The Service initiated a status review. 73

14 Fed. Reg. 23173 (April 29, 2008).

15     WHEREAS, the Service now requires additional time to complete the Mono Basin sage-

16 grouse 12-month finding.

17     WHEREAS, the parties have conferred regarding a reasonable extension of the April 24,

18 2009 deadline for the 12-month finding.

19     WHEREAS, at this time, the parties have agreed to extend the deadline for the Mono

20 Basin 12-finding from April 24, 2009 to May 26, 2009 so that the parties may continue to

21 negotiate additional time for the Service to submit the Mono Basin 12-month finding to the

22 Federal Register.

23

STIPULATION TO MODIFY
THE CONSENT DECREE            2            Case No. C-07-4347-JCS

1    NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS
2 FOLLOWS:
3    1.    If the parties do not agree to a later alternative date, the Service will submit a 12-
4 month finding for the Mono Basin sage-grouse to the Federal Register for publication no later
5 than May 26, 2009.
6    2.    The remaining terms of the February 25, 2008 consent decree shall otherwise
7 remain in full force and effect.

8                            Respectfully submitted this 23rd day of April 2009,

9                            JOHN C. CRUDEN, Acting Assistant Attorney General
                             JEAN E. WILLIAMS, Section Chief
10                           LISA L. RUSSELL, Assistant Section Chief
                             **/s/** Rickey D. Turner Jr.
11                           RICKEY DOYLE TURNER JR.
                             U.S. Department of Justice
12                           Environment & Natural Resources Division
                             Wildlife and Marine Resources Section
13                           P.O. Box. 7369
                             Washington, D.C.  20044-7369
14                           (202) 305-0229

15                           Attorneys for Defendants

16                           /s/ Lisa T. Belenky (by RDT w/ permission)
                             Lisa T. Belenky (CA Bar No. 203225)
17                           CENTER FOR BIOLOGICAL DIVERSITY
                             351 California St., Suite 600
18                           San Francisco, CA 94104
                             Telephone: (415) 436-9682 x 307
19                           Facsimile: (415) 436-9683

20                           Attorneys for Plaintiffs

21

22

23

1  IT IS SO ORDERED that:

2      1.    If the parties do not agree to a later alternative date, the Service will submit a 12-

3  month finding for the Mono Basin sage-grouse to the Federal Register for publication no later

4  than May 26, 2009.

5      2.    The remaining terms of the original February 25, 2008 consent decree shall

6  otherwise remain in full force and effect.

7

8  Dated: this __23rd__ day of __April_____, 2009.



STIPULATION TO MODIFY
THE CONSENT DECREE                     4                    Case No. C-07-4347-JCS