JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0229
Fax: 202-305-0275
rickey.turner@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAGEBRUSH SEA CAMPAIGN, WESTERN WATERSHEDS PROJECT, and DESERT SURVIVORS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and KENNETH SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR,<br><br>Defendants. | Case No: C-07-4347-JCS<br><br>**JOINT STIPULATION TO MODIFY STIPULATED SETTLEMENT** |

Plaintiffs, the Center for Biological Diversity, Sagebrush Sea Campaign, Western Watersheds Project, and Desert Survivors (collectively, "Plaintiffs"), and Defendants, the U.S. Fish and Wildlife Service and Kenneth Salazar, Secretary of the Interior (collectively, the "Service"), by and through their undersigned counsel, state as follows:

WHEREAS, on February 25, 2008, the Court entered an Order Granting Stipulated Settlement wherein the Service agreed to undertake a voluntary remand of its December 19,

1  2006 petition finding (90-day finding) on the Mono Basin area population of the greater sage-

2  grouse. The Service agreed to submit for publication a Mono Basin 90-day finding by April 25,

3  2008. The Service further agreed that if the new 90-day finding found that the petition presented

4  substantial scientific information that listing the Mono Basin area population may be warranted,

5  then the Service would be required to undertake a status review pursuant to the Endangered

6  Species Act (ESA) § 4(b)(3) and submit for publication to the Federal Register a 12-month

7  finding by April 24, 2009.

8  WHEREAS, on April 29, 2008, the Service published a new 90-day finding for the Mono

9  Basin area population of the greater sage-grouse and found that the petition presented substantial

10  scientific information that listing the Mono Basin area population may be warranted. The

11  Service initiated a status review. 73 Fed. Reg. 23173 (April 29, 2008).

12  WHEREAS, as part of the Service's status review, the agency must determine if the

13  Mono Basin area population of the greater sage-grouse is a Distinct Population Segment (DPS)

14  and therefore a listable entity under the ESA. Pursuant to its DPS policy, the Service must

15  consider and analyze the discreteness and significance of the Mono Basin area population

16  relative to the taxon (i.e., the greater sage-grouse) to which it belongs. 61 Fed. Reg. 4722 (Feb.

17  7, 1996).

18  WHEREAS, when the Service issued its 90-day finding for the Mono Basin area

19  population, the agency stated that it was also in the process of conducting a similar status review

20  of the greater sage-grouse across the entire range of the species, encompassing the Mono Basin

21  area population and expressed its intent to address the taxonomy and status of the Mono Basin

22  area population within the range-wide status review. 73 Fed. Reg. 23173, 23175 (April 29,

23  2008).

1  WHEREAS, the Service sought additional time to prepare the 12-month finding and

2  Plaintiffs agreed to an extension of one month and on April 24, 2009 this Court approved a Joint

3  Stipulation to Modify the Consent Decree which extended the deadline to submit the Mono

4  Basin 12-month finding - from April 24, 2009 to May 26, 2009 - so that the parties could

5  negotiate additional time for the Service to submit the Mono Basin 12-month finding to the

6  Federal Register.

7  WHEREAS, after the April 24, 2009 deadline had passed, on April 29, 2009, the Service

8  received updated science on the greater sage-grouse in final, "in press" copies of 14 of the 25

9  chapters of a monograph which will be published in the journal *Studies in Avian Biology* (the

10  "Monograph").

11  WHEREAS, the Service expects that by July 2009 it will have received, as final in- press

12  documents, all 25 chapters that are expected to be included in the Monograph.

13  WHEREAS, the ESA requires the Service to base its listing decisions on the "best

14  scientific and commercial data available." 16 U.S.C. § 1533(b)(1)(A).

15  WHEREAS, counsel for the parties have conferred regarding a reasonable extension of

16  the current May 26, 2009 deadline for the new Mono Basin 12-month finding.

17  WHEREAS, Plaintiffs and the Service agree that the following schedule for a new 12-

18  month finding is consistent with Section 4(b)(1)(A) of the ESA, 16 U.S.C. § 1533(b)(1)(A), and

19  is in the best interests of the parties;

20  NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS

21  FOLLOWS:

22  1.  The Parties acknowledge that because the ESA requires the Service to base its

23  listing decisions on the "best scientific and commercial data available," 16 U.S.C. §

STIPULATION TO MODIFY
THE STIPULATED SETTLEMENT         3              Case No. C-07-4347-JCS

1533(b)(1)(A), the Service must consider all relevant information made available to the Service during the time it is conducting a status review in order to complete a 12-month finding pursuant to ESA section 4(b)(3), 16 U.S. C. § 1533(b)(3). Therefore, the Service will consider all relevant information to the 12-month petition finding that is submitted to it by members of the public and Plaintiffs during the status review period. The Service will also notify Plaintiffs upon its receipt of all Monograph chapters in final, in press form, and the documents will be made available to the public on the Internet. At that time, a period of 30 days will be provided for the public to provide any additional information relevant to the scientific information in the Monograph chapters.

2. The Parties acknowledge and agree that the 30-day period provided for in Paragraph 1 shall commence only after the Service has received all Monograph chapters in final, in press form and they have been made available on the Internet. The Parties currently expect that this will occur by July 2009. In the unlikely event that the Service has not received final, in press copies of all Monograph chapters by the end of July 2009, the Parties agree that the 30-day public input period set forth in Paragraph 1 shall be dispensed with and the Service will proceed with completing the 12-month finding for the Mono Basin area population of the greater sage-grouse pursuant to Paragraphs 3, 4, and 5.

3. The Parties agree that the Service may submit to the Federal Register for publication a single document containing 12-month findings for the Mono Basin area population and the greater sage-grouse no later than February 26, 2010.

4. The Service agrees that it will submit to the Federal Register for publication the new 12-month finding for Mono Basin area population of the greater sage-grouse by February 26, 2010, consistent with ESA Section 4(b)(1)(A), 16 U.S.C. § 1533(b)(1)(A), even if all of the final in press Monograph chapters are not available to the Service at that time.

5. The Service further agrees that regardless of any delay on the 12-month finding for the greater sage-grouse, the Service will submit to the Federal Register for publication the 12-month finding for the Mono Basin area population of the greater sage-grouse by February 26, 2010.

6. The remaining terms of the February 25, 2008 stipulated settlement shall otherwise remain in full force and effect.

Respectfully submitted this 26th day of May 2009,

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
**/s/** Rickey Doyle Turner Jr.
RICKEY DOYLE TURNER JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 305-0229

Attorneys for Defendants

/s/ Lisa T. Belenky (w/ permission by RDT)
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307

Facsimile: (415) 436-9683

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: this __27th__ day of _____May_____, 2009.

_____
Joseph C. Spero
United States ~~District~~ Judge
　　　　　　Magistrate

STIPULATION TO MODIFY
THE STIPULATED SETTLEMENT　　　　　　6　　　　　　　Case No. C-07-4347-JCS