1   IGNACIA S. MORENO
    Assistant Attorney General
2   JEAN E. WILLIAMS, Chief
    KRISTEN L. GUSTAFSON, Assistant Chief
3   RICKEY DOYLE TURNER JR.
    U.S. Department of Justice
4   Environment & Natural Resources Division
    Wildlife & Marine Resources Section
5   Ben Franklin Station, P.O. Box 7369
    Washington, D.C.  20044-7369
6   Tel: 202-305-0229
    Fax: 202-305-0275
7   rickey.turner@usdoj.gov
    Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

    _____
11  CENTER FOR BIOLOGICAL DIVERSITY,        )
    SAGEBRUSH SEA CAMPAIGN,                  )
12  WESTERN WATERSHEDS PROJECT, and         )   Case No: C-07-4347-JCS
    DESERT SURVIVORS,                        )
13                                           )
            Plaintiffs,                      )
14                                           )
            v.                               )   **JOINT STIPULATION TO MODIFY
                                             )   STIPULATED SETTLEMENT**
15  UNITED STATES FISH AND WILDLIFE         )
    SERVICE and KENNETH SALAZAR, in his     )
16  official capacity as SECRETARY OF THE   )
    INTERIOR,                                )
17                                           )
            Defendants.                      )
    _____)

18          Plaintiffs, the Center for Biological Diversity, Sagebrush Sea Campaign, Western

19  Watersheds Project, and Desert Survivors (collectively, "Plaintiffs"), and Defendants, the U.S.

20  Fish and Wildlife Service and Kenneth Salazar, Secretary of the Interior (collectively, the

21  "Service"), by and through their undersigned counsel, state as follows:

22          WHEREAS, pursuant to the May 26, 2009 Modified Stipulated Settlement (Dkt. No. 29)

23  entered into between Plaintiffs and the Service and approved by the Court (Dkt. No. 30), the

1    Service is required to submit its new 12-month finding on the Mono Basin area population of the

2    greater sage grouse to the Federal Register for publication by February 26, 2010.  Dkt. No. 30 at

3    4, ¶ 3.

4            WHEREAS, unforseen circumstances have arisen that warrant a one week extension for

5    the Service to submit the aforementioned12-month finding to the Federal Register.

6            WHEREAS, on Saturday, February 20, 2010, the Director of the Service, Sam Hamilton,

7    died suddenly while skiing in Colorado.  Funeral Services for Mr. Hamilton are scheduled to be

8    held in Atlanta, Georgia on February 24, 2010, and will be widely-attended by Service officials

9    who otherwise would be working to complete the new 12-month finding on Mono Basin area

10   population of the greater sage grouse.

11           NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS

12   FOLLOWS:

13           1.      In light of the circumstances, the Parties stipulate that the Service be granted a

14   one-week extension, until March 5, 2010, to submit its 12-month finding for the Mono Basin

15   area population of the greater sage grouse to the Federal Register.

16           2.      The remaining terms of the February 25, 2008 stipulated settlement and the May

17   29, 2009 modified stipulated settlement shall otherwise remain in full force and effect.

18                                   Respectfully submitted this 22nd day of February 2010,

19                                   IGNACIA S. MORENO, Assistant Attorney General
                                     JEAN E. WILLIAMS, Section Chief
20                                   KRISTEN L. GUSTAFSON, Assistant Section Chief
                                     /s/ Rickey Doyle Turner Jr.
21                                   RICKEY DOYLE TURNER JR.
                                     U.S. Department of Justice
22                                   Environment & Natural Resources Division
                                     Wildlife and Marine Resources Section
23                                   P.O. Box. 7369

1    Washington, D.C.  20044-7369
     (202) 305-0229
2
     Attorneys for Defendants
3
     /s/ Lisa T. Belenky (w/ permission by RDT)
4    Lisa T. Belenky (CA Bar No. 203225)
     CENTER FOR BIOLOGICAL DIVERSITY
5    351 California St., Suite 600
     San Francisco, CA 94104
6    Telephone: (415) 436-9682 x 307
     Facsimile: (415) 436-9683
7
     Attorneys for Plaintiffs
8

9    IT IS SO ORDERED.

10

11   Dated: this __24th__ day of ___February_____, 2010.

12

13

14   _____

15            Joseph C. Spero
         United States ~~District Judge~~
                  Magistrate

16

17

18

19

20

21

22

23